IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| Dawn M Heintz | ) | |
|---|---|---|
| Plaintiff, | ) | Case No: 3:16 cv 50179 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| FCA US LLC | ) | |
| Defendant. | ) | |

## ORDER, REPORT AND RECOMMENDATION

Motion hearing held on 4/27/2017. Attorney Charles Prorok's motion to withdraw [22] is withdrawn. Plaintiff orally moves to have the case dismissed. It is this Court's Report and Recommendation that Plaintiff's oral motion be granted. Any objection must be filed with the district judge by 5/12/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date:  April 27, 2017                               /s/ Iain D. Johnston
                                                    U.S. Magistrate Judge