IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Dawn M. Heintz, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 C 50179 |
| | ) | |
| vs. | ) | |
| | ) | |
| FCA US LLC, | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendant. | ) | |

## ORDER

On April 27, 2017, Magistrate Judge Johnston entered a report and recommendation [25] that plaintiff's oral motion to dismiss this case, made on April 27, 2017, be granted. No objection has been filed. The court has reviewed the record and accepts the report and recommendation. Plaintiff's oral motion to dismiss is granted. This case is dismissed without prejudice.

Date: 5/15/2017            ENTER:

*Philip G. Reinhard*
United States District Court Judge

Electronic Notices. (LC)